LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500
Salvatore LaMonica, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                                                                           Chapter 7

JOHN J MACRONE, A/K/A JOHN JOSEPH     Case No.
MACRONE, A/K/A JOHN JOSEPH
MACRONE, III,

           Debtor.
-------------------------------------------------------X

## STATEMENT PURSUANT TO
## SECTION 521

    I, John J. Macrone, the Debtor herein, make this statement that I am not filing copies of

pay statements, due to the fact that I have not collected any income in the last 60 days.


                                          *s/ John J. Macrone*
                                          John J. Macrone